# Morgan Lewis

**Leni D. Battaglia**
Partner
+1.212.309.7177
leni.battaglia@morganlewis.com

August 19, 2021

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Restaurant Law Center, et al. v. City of New York, et al.
    Civil Action No. 1:21-cv-04801

Your Honor:

We represent Plaintiffs Restaurant Law Center and New York State Restaurant Association (collectively "Plaintiffs") in the above-captioned matter. In accordance with Your Honor's Individual Practices in Civil Cases, Plaintiffs respectfully request leave to file an additional five (5) pages (for a total of 30 pages) for their consolidated response to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment, which are currently due on August 24, 2021. Plaintiffs submit that the additional pages are necessitated to properly respond to Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment (Dkt. 41)—including because Defendants were granted a similar extension of pages.

Defendants' counsel consents to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ Leni D. Battaglia*

Leni D. Battaglia

LDB

cc: Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060        +1.212.309.6000
United States                   +1.212.309.6001