**Morgan Lewis**

**Leni D. Battaglia**
Partner
+1.212.309.7177
leni.battaglia@morganlewis.com

August 24, 2021

**VIA ECF**

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   <u>Restaurant Law Center, et al. v. City of New York, et al.</u>, Case No. 1:21-cv-04801

Dear Judge Cote:

We represent Plaintiffs the Restaurant Law Center and the New York State Restaurant Association (collectively, "Plaintiffs") in the above-referenced matter.  We write pursuant to Section 4.F of Your Honor's Individual Practices to respectfully request oral argument on Plaintiffs' Motion For Summary Judgment filed on July 20, 2021.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Leni D. Battaglia*

Leni D. Battaglia

Cc:  Counsel of Record (via ECF)