UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     21cv4801(DLC)
RESTAURANT LAW CENTER, et al.,           :
                                         :        ORDER
                            Plaintiffs,  :
           -v-                           :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

The parties having submitted cross motions for summary judgment, it is hereby

ORDERED that the initial pretrial conference scheduled for September 15 is adjourned <u>sine die</u>.


Dated:   New York, New York
         September 9, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge