# Morgan Lewis

**Leni D. Battaglia**
Partner
+1.212.309.7177
leni.battaglia@morganlewis.com

December 3, 2021

<u>Via ECF</u>

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *Restaurant Law Center et al v. City of New York et al*, 1:21-cv-04801-DLC

Dear Judge Cote:

This firm represents Plaintiffs Restaurant Law Center and New York State Restaurant Association in the above-referenced matter. Pursuant to section 4(G) of the Court's Individual Practices in Civil Cases, we write to alert the Court that more than 60 days have passed since the parties' cross-motions for summary judgment became fully briefed pursuant to the agreed-upon and Court-ordered expedited schedule. *See* Dkt. 15 (Court ordering expedited schedule); Dkt. 59 (final reply filed August 31, 2021).

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Leni D. Battaglia*
Leni D. Battaglia
Attorney for Plaintiffs

cc: All Counsel of Record (via ECF)