UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RESTAURANTS LAW CENTER, et al.,

                    Plaintiffs,

-against-                                 21 **CIVIL** 4801 (DLC)

## JUDGMENT

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2022, the Plaintiffs' July 20, 2021 motion for summary judgment on their federal claims is denied. The City's cross-motion is granted with respect to the Plaintiffs' federal claims. The Court has declined to exercise supplemental jurisdiction over the state law claims and they are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

       February 11, 2022

                                                                  RUBY J. KRAJICK

                                                                  Clerk of Court

                                   BY:

                                                                  Deputy Clerk