UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RESTAURANT LAW CENTER, et al.,

*Plaintiffs*,

-v-

CITY OF NEW YORK, et al.,

*Defendants*.

Case No. 1:21-cv-04801-DLC

## NOTICE OF APPEAL

Notice is given that Plaintiffs Restaurant Law Center and the New York State Restaurant Association hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered on February 11, 2022 (Dkt. 69) granting summary judgment in favor of the Defendants, denying Plaintiff's Plaintiffs' motion for summary judgment, and declining to exercise supplemental jurisdiction over Plaintiffs' state law claims and from the Opinion and Order entered on February 10, 2022 (Dkt. 68) setting forth the reasons for the reasons for the judgment. This appeal is taken from each and every part of the February 10, 2022 opinion and order.

Dated: March 8, 2022

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Leni D. Battaglia*

Leni D. Battaglia
Samuel S. Shaulson
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
T: 212-309-7177
leni.battaglia@morganlewis.com
sam.shaulson@morganlewis.com

William R. Peterson
*Admitted pro hac vice*
Morgan, Lewis & Bockius LLP

1000 Louisiana Street, Suite 4000
Houston, TX 77002
T: 713-890-5188
william.peterson@morganlewis.com

James D. Nelson
*Admitted pro hac vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202-739-5411
james.nelson@morganlewis.com

Angelo I. Amador
*Admitted pro hac vice*
Restaurant Law Center
2055 L Street, NW
Seventh Floor
Washington, DC 20036
T: 202-492-5037
aamador@restaurant.org

*Attorneys for Plaintiffs the Restaurant Law
Center and the New York State Restaurant
Association*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was filed electronically and

served on all counsel of record on March 8, 2022 via the Court's ECF/CM system.

*/s/ Leni D. Battaglia*
Leni D. Battaglia
